# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-355

| | |
|---|---|
| NICOLETTE KOSTEBA, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) ORDER |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Brian David Elston's Application for Admission to Practice *Pro Hac Vice* of Alexander Vroustouris. It appearing that Alexander Vroustouris is a member in good standing with the Illinois State Bar and will be appearing with Brian David Elston, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Brian David Elston's Application for Admission to Practice Pro Hac Vice (#37) of Alexander Vroustouris is

**GRANTED**, and that Alexander Vroustouris is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Brian David Elston.

Signed: November 15, 2016

Dennis L. Howell
United States Magistrate Judge