IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 355

| | |
|---|---|
| **CHAD R. DONNAHOO, as Guardian ad litem of CK, a minor,** ) ) ) **Plaintiff** ) ) ) **v** ) ) **CRACKER BARRELL OLD COUNTRY STORE, INC.,** ) ) ) **Defendant.** ) | **ORDER** |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Schedule a Hearing to Approve Minor Settlement (#63) filed by counsel for Plaintiff. The undersigned has reviewed the file in this matter and finds there are several questions for which the undersigned would propose to counsel for Plaintiff and Defendant concerning the settlement and other proceedings to finalize such. For that reason, prior to scheduling a hearing to approve the minor settlement, the Court will schedule a hearing at which only counsel for Plaintiff and counsel for Defendant will be required to attend. At that hearing, the undersigned will hear from the parties about the proposal regarding the settlement in this matter and also how the funds from the settlement are to be distributed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that counsel for Plaintiff and counsel for Defendant are hereby directed to appear before the Court on **September 19, 2017 at 2:00 p.m.** in courtroom #2 of the United States Courthouse in Asheville, NC for the purpose of the Court making inquiry as to the terms and conditions of the proposed settlement in this matter. The parties are not required to be present for this hearing.

Signed: September 12, 2017

Dennis L. Howell
United States Magistrate Judge