# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 355

| | |
|---|---|
| CHAD R. DONNAHOO, ) ) Plaintiff, ) ) v. ) ) CRACKER BARREL OLD COUNTRY ) STORE, INC., ) ) Defendant.[1] ) _____ ) | ORDER |

This matter is before the Court <u>sua sponte</u>. The parties need to appear to have a discussion concerning the proposed consent judgment. In particular, the Court has questions regarding the costs for which Plaintiff's counsel is seeking compensation.

In light of the foregoing, the Court orders that a hearing will be conducted before the undersigned at 9:30 a.m. on Thursday, December 21, 2017.

Signed: December 15, 2017

Dennis L. Howell
United States Magistrate Judge

---

[1] The caption has been constructively amended to reflect the termination and dismissal of parties.