# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 355

| | |
|---|---|
| CHAD R. DONNAHOO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | |
| Defendant.[1] ) | |
| _____ ) | |

This matter is before the Court on a verbal motion to reschedule the hearing previously set for Thursday, December 21, 2017. The Court has been advised that defense counsel has a mediation on that date and seeks to reschedule the hearing for the first week of January, 2018.

In light of the foregoing, the motion is GRANTED, and the hearing is rescheduled. A hearing will be conducted before the undersigned at 9:30 a.m. on Tuesday, January 9, 2018.

Signed: December 18, 2017

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge

---

[1] The caption has been constructively amended to reflect the termination and dismissal of parties.