# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 355

| | |
|---|---|
| **CHAD R. DONNAHOO,** as Guardian ad litem of C.K., a minor, ) ) ) ) **Plaintiff,** ) ) v. ) ) **CRACKER BARRELL OLD COUNTRY STORE, INC.,** ) ) ) ) **Defendant.** ) ) | **ORDER** |

Pending before the Court is the Joint Motion to Seal the Court's Order Approving Settlement [# 69]. For good cause shown, the Court **GRANTS** the motion [# 69]. The Order Approving Settlement shall be maintained under **SEAL**.

Signed: January 12, 2018

Dennis L. Howell
United States Magistrate Judge