# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| CHAD R. DONNAHOO, as Guardian ad litem of CK, a minor**,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:16-cv-00355-DLH |
| vs. | ) ) | |
| CRACKER BARRELL OLD COUNTRY STORE, INC.**,** | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2018 Sealed Order Approving Settlement Involving the Minor Child C.K.

February 1, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court